UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **H. KENNETH LEFOLDT, JR., IN HIS CAPACITY AS TRUSTEE FOR THE COPSYNC LIQUIDATION TRUST**<br>    Plaintiff | **CIV. ACTION. No. 19-10082**<br><br>**SECTION T (4)** |
| V. | **JUDGE GREG GERARD GUIDRY** |
| **RONALD A. WOESSNER, ALYSSA KIRK, JOSEPH R. ALOSA, SR., J. SHANE RAPP, JOEL HOCHBERG, RUSSELL D. CHANEY, ROBERT L. HARRIS, BRIAN K. TUSKAN, WARD LEBER, BRAD POWERS, LUISA INGARGIOLA, BARRY W. WILSON, PHILLIP ANDERSON, XL SPECIALTY INSURANCE COMPANY, HCC SPECIALTY INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, AND BERKLEY INSURANCE COMPANY**<br>    **Defendants** | **MAG. JUDGE KAREN WELLS ROBY**<br><br>**JURY DEMAND** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, H. Kenneth Lefoldt, Jr., in his capacity as the duly appointed and acting trustee (the "Trustee") of the COPsync, Inc. Liquidation Trust (the "Trust") who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and the Settlement Agreement reached between the parties and approved by the United States Bankruptcy Court for the Eastern District of Louisiana, voluntarily dismisses this case with prejudice, with each party to bear its respective attorney fees and costs.

Dated: January 7, 2020

1500964v.1

Respectfully submitted,

**FISHMAN HAYGOOD, L.L.P.**

BY: /s/ Jason Burge

Brent B. Barriere (La. Bar No. 2818)
Jason Burge (La. Bar No. 30420)
Kathryn J. Johnson (La. Bar No. 36513)
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Telephone: (504) 586-5252
Facsimile: (504) 586-5250
Email: bbarriere@fishmanhaygood.com
   jburge@fishmanhaygood.com
   kjohnson@fishmanhaygood.com

**COUNSEL FOR H. KENNETH LEFOLDT, JR., IN HIS CAPACITY AS TRUSTEE FOR THE COPSYNC LIQUIDATION TRUST**

1500964v.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2020, I electronically filed the foregoing Notice of Voluntary Dismissal With Prejudice with the Clerk of Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                         /s/ Jason Burge

1500964v.1